UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 22-2967, 22-3025, & 22-3042**

American Institute for Chartered Property Casualty Underwriters v. Potter

To:  Clerk

1) Motion by Christopher G. Oprison, Esquire, to Withdraw as Counsel for Appellee/Cross-Appellant Business Insurance Holdings, Inc., and for 60-Day Extension of Time to File Brief
_____

The foregoing motion is considered and granted, in part.  Christopher G. Oprison, Esquire, is permitted to withdraw as counsel for Business Insurance Holdings, Inc. ("BIH").  BIH is directed to have new counsel enter an appearance immediately as a corporation, partnership, or other artificial entity may appear and be represented in this Court only by a licensed attorney who is also a member of this Court's bar.  See Simbraw v. United States, 367 F.2d 373 (3d Cir. 1966).  If BIH fails to have new counsel enter an appearance with thirty (30) days of the date of this order, the appeal may be dismissed.  Briefing is hereby stayed until new counsel enters an appearance for BIH.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 7, 2023
Lmr/cc: All Counsel of Record