UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 22-2967, 22-3025 & 22-3042**

American Institute for Chartered Property Casualty v. Potter
(District Court No. 1-19-cv-01600)

**ORDER**

On March 6, 2023, Attorney Albert A. Ciardi, III entered his entry of appearance on behalf of Appellee Business Insurance Holdings, Inc. In light of this, the stay of the briefing schedule is hereby LIFTED, and briefing will resume. The second step briefs by Appellees/Cross-Appellants Business Insurance Holdings, Inc. and Adam Potter must be filed and served within thirty (30) days of the date of this order. The third step brief by Appellant/Cross-Appellee American Institute for Chartered Property Casualty Underwriters and Institutes LLC must be filed and served within thirty (30) days of the date of service of the second step brief. The fourth step briefs by Appellees/Cross-Appellants Business Insurance Holdings, Inc. and Adam Potter must be filed and served within twenty-one (21) days of the date of service of the third step brief.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 16, 2023

kr/cc: All Counsel of Record